ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| H&L Contracting LLC | ) ASBCA No. 63695 |
| | ) |
| Under Contract No. W912WJ-22-C-0012 | ) |

APPEARANCES FOR THE APPELLANT:     Michael H. Payne, Esq.
                                     Cohen Seglias Pallas Greenhall
                                       & Furman PC
                                     Philadelphia, PA

                                     Matthew C. Long, Esq.
                                     Cohen Seglias Pallas Greenhall
                                       & Furman PC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                     Theresa A. Negron, Esq.
                                     Sheena M. Wandera, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, New England

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,000,000 (Four Million Dollars), inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 23, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_____
J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

_____
DAVID D'ALESSANDRIS
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63695, Appeal of H&L Contracting LLC, rendered in conformance with the Board's Charter.

Dated:  March 23, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2